# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES:** ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** US v. PADILLA  **FOR** MASSACHUSETTS

**PERSON REPRESENTED** (Show your full name): GILMARI PADILLA

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

**DOCKET NUMBERS**
Magistrate: 04-1751
District Court:
Court of Appeals:

**CHARGE/OFFENSE:** ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Chelmsford Dental Assoc.
- IF YES, how much do you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No

**ASSETS**

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

**CASH:** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☐ Yes ☒ No
- VALUE: 1200.00  DESCRIPTION: BANK ACCOUNT
- VALUE: 7000.00  DESCRIPTION: 97 EXPEDITION AUTO

**DEPENDENTS:** Total No. of Dependents: 1

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | LOAN (CO SIGN) | $3000 | |
| | CREDIT CARDS (5) | $1500 | varies |
| | Rent | $400 | $400 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):**  Gilmari Padilla