# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

655 SUMMER STREET

BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

July 23, 2004

Lisa Roland, Deputy Clerk
Harold D. Donohue Federal Courthouse
595 Main Street
Worcester, MA 01608-2076
**Attention: Sherry Jones**

Re: **United States v. Gilmari Padilla**
    **Crim. No. 04-MJ-01751-CBS**

Dear Ms. Jones:

Defendant Gilmari Padilla's Identity Hearing is currently scheduled for Thursday, July 29, 2004 at 10:00 a.m. The government and the defendant have agreed to a transfer of this case to the District of Massachusetts pursuant to the provisions of Fed. R. Crim. P. 20 and are in the process of implementing that agreement. The identity hearing will not therefore be necessary.

May the above proceeding be dismissed or otherwise stayed pending formal initiation of proceedings contemplated by Rule 20?

Thank you for your attention to this matter.

Very truly yours,

George F. Gormley

GFG/an

cc: Thomas Kanwit, Esq., AUSA
    Matthew Axelrod, Esq., AUSA
    Gilmari Padilla