UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-MJ-01751-CBS |
| ) | |
| v. ) | |
| ) | |
| GILMARI PADILLA ) | |
| ) | |

**MOTION FOR FURTHER ENLARGEMENT OF TIME**
**FOR THE OCCURRENCE OF THE IDENTITY HEARING**

Now comes GILMARI PADILLA, defendant herein, and requests this Court further enlarge the time at which the identity hearing in the above matter is to be scheduled, if necessary at all. As grounds for this request the defendant says:

1. The hearing is presently set for September 2, 2004 at 2:00 p.m.

2. The defendant is traveling on vacation out of the District of Massachusetts and is not available on September 2, 2004.

3. The defendant, through counsel, presented the Office of the United States Attorney in Massachusetts with all of the Rule 20 paperwork required in this case to be transferred to the District of Massachusetts for plea and sentencing.

4. Defendant suggests September 27, 2004 or October 1, 2004 at 2:00 p.m. or as soon thereafter as is convenient to the calendar of this Court.

5. The United States by Thomas Kanwit, Esq, AUSA does not oppose this request.

Respectfully submitted,
**GILMARI PADILLA,**
By her attorney,

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/~~HAND~~ on the date stated herein

*George F. Gormley/AW*

Dated: 8-26-04

*George F. Gormley/AW*
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140