UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 04-MJ-01751-CBS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GILMARI PADILLA** | ) | |
| | ) | |

**MOTION TO CONTINUE STATUS CONFERENCE**

Now comes GILMARI PADILLA, defendant herein, and requests this Court continue the status conference currently set for Friday, December 17, 2004 at 11:00 a.m. to Friday, January 14, 2005 at 10:00 a.m. in Boston, Massachusetts or such other time or place convenient to the Court. The Government assents to this request.

    Respectfully submitted,
    **GILMARI PADILLA,**
    By her attorney,

    /s George F. Gormley
    _____
    George F. Gormley
    *George F. Gormley, P.C.*
    655 Summer Street
    Boston, MA 02210
    (617) 478-2750
    BBO No. 204140

**Dated:**     December 16, 2004