UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 04-MJ-01751-CBS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GILMARI PADILLA** | ) | |
| | ) | |

**MOTION TO CONTINUE STATUS CONFERENCE**

Now comes GILMARI PADILLA, defendant herein, and requests this Court continue the status conference currently set for Friday, January 14, 2005 at 10:00 a.m. to February 22, 2005 at 10:00 a.m. in Boston, Massachusetts, or at such time or place convenient to the Court. As grounds for this request, the defendant states that the parties have finalized the terms of a plea agreement and anticipate that the Government will soon move to have the case proceed pursuant to Fed. R. Crim. P. 20. The Government assents to this request.

> Respectfully submitted,
> **GILMARI PADILLA,**
> By her attorney,
>
> /s George F. Gormley
> _____
> George F. Gormley
> *George F. Gormley, P.C.*
> 655 Summer Street
> Boston, MA 02210
> (617) 478-2750
> BBO No. 204140

**Dated:**      January 14, 2005