In the United States District Court
for the District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 04-MJ-01751-CBS |
| v. | ) |
| | ) |
| GILMARI PADILLA | ) |

**Joint Motion to**
**Continue Hearing and Report Case**

The parties hereby move that the hearing presently scheduled for February 22, 2005 be continued or cancelled on the ground that defendant has signed a plea agreement and the case is ready for reporting up to the District Court.  In addition, counsel for both the government and defendant are unavailable on February 22, 2005.

    Respectfully submitted,

    MICHAEL J. SULLIVAN,
    United States Attorney

    _/s/thomas e. kanwit_____
    THOMAS E. KANWIT
    Assistant U.S. Attorney

Assented to:

GILMARI PADILLA, Defendant

_/s/ george f. gormley_____
GEORGE F. GORMLEY, Esquire
Counsel for Defendant